AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2004

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, PHYLLIS J. | NORTHERN DIST. OF CALIFORNIA | 04/29/2005 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> DISTRICT JUDGE - ACTIVE | 5. Report Type (check type) <br><br> ___ Nomination, Date ___ / / <br> ___ Initial   x  Annual   ___ Final | 6. Reporting Period <br> 01/01/2004 <br> to <br> 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 450 GOLDEN GATE AVENUE <br><br> SAN FRANCISCO, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X | NONE  (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE  (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

FINANCIAL DISCLOSURE OFFICE
May 4 9 41 AM '05
RECEIVED

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE  (No reportable non-investment income.) | | |
| 1 | 2004 | Oakland City Attorney's Office | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | GMAC Mortgage Co p. | Mortgage on Rental Property #1 Oakland, CA (Pt.VII, line 2) | M |
| 2 | Bank of the West | Mortgage on Rental Property #2 Oakland, CA (Pt.VII, line 3) | M |
| 3 | Colonial Bank | Mortgage on Rental Property #4 Columbia, SC (Pt. VII, line 4) | N |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001- 5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 04/29/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Lincoln National Life Insurance Co. - IRA | C | Interest | L | T | | | | | |
| 2 Rental Property #1 Oakland, CA (2/99) | E | Rent | N | Q | | | | | |
| 3 Rental Property #2 Oakland, CA (10/99) | E | Rent | | | Sold | 7/22 | O | G | Solomon Gebregzi |
| 4 Rental Property #4 Columbia, SC (9/04 | C | Rent | O | R | Buy | 9/30 | O | | Stern Business Center |
| 5 Wells Fargo Bank "Accounts" | A | Interest | L | T | | | | | |
| 6 Janus Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 7 Intel Stock | A | Dividend | J | T | | | | | |
| 8 gile t Stock | | None | J | T | | | | | |
| 9 Nasdaq 100 Fund | | None | J | T | | | | | |
| 10 a guard Institutional Index Mutual Fund | A | Dividend | J | T | | | | | |
| 11 Janus Worldwide Mutual Fund | A | Di idend | J | T | | | | | |
| 12 Harbor Bond Fund Mutual Fund | A | Dividend | L | T | | | | | |
| 13 Dreyfus Disco ery Fund | A | Dividend | J | T | | | | | |
| 14 Cisco Systems Stock | | None | J | T | | | | | |
| 15 Microsoft Stock | | None | J | T | | | | | |
| 16 Vanguard Index 500 Mutual Fund | B | Div/Cap | K | T | | | | | |
| 17 Janus Overseas Mutual Fund | A | Div/ ap | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1 001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15 001-$50,000
(Col. B1, D4)    F=$50, 01-$100,000    G=$100,001-$1, 00 000    H1=$1,000,001-$5, 00,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,0 0,    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 04/29/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Vanguard Total Bond Index Mutual Fund | S | Dividend | K | T | | | | | |
| 19 Janus Mercury Fund Mutual Fund | A | Div/Cap | J | T | | | | | |
| 20 Meridian Value Fund | A | Div/Cap | J | T | | | | | |
| 21 Clipper Fund | A | Div/Cap | J | T | | | | | |
| 22 American Century Small Cap Value Fund | A | Div/Cap | J | T | | | | | |
| 23 Safeco Equity Mutual Fund | A | Div/Cap | J | T | | | | | |
| 24 Vanguard Inflation Protected Securities | A | Div/Cap | K | T | | | | | |
| 25 Strong Advantage Fund | A | Div/Cap | J | T | Part sale | 11/15 | J | | |
| 26 Meridian Growth Fund | A | Div/Cap | J | T | | | | | |
| 27 US Savings Bonds | B | Interest | K | T | | | | | |
| 28 US Savings Bonds | A | Interest | K | T | Buy | 11/15 | K | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100 001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15 001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000 001-$5,000,000 | L=$50,001-$100,000 P2=$5 000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$5 ,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | HAMILTON, PHYLLIS J. | 04/29/2005 |

## VIII   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report)*

Part VII-A, line 4, rental property #4, date of purchase was 9/30/04 and purchase price was $873,000.00

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | HAMILTON, PHYLLIS J. | 04/29/2005 |

## VIII   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature                                            Date  4-29-05

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544